IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

BRANDY NICOLE COSTAS,

    Plaintiff,

       v.

DAKOTA WAYNE MCDANIEL; I
HAULIT, LLC; LIFT PROPERTIES,
LLC; AND SABS SAFARI, LLC,

    Defendants.

\*    CV 626-018

## O R D E R

Before the Court is the Parties' stipulation of dismissal with prejudice. (Doc. 12.) All Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees unless otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this _18th_ day of May, 2026.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA